No. 01–460. CAMDEN PROPERTIES CORP. ET AL. *v.* HURT. C. A. 9th Cir. Certiorari denied.

No. 01–466. GARCIA *v.* EATON RAPIDS BOARD OF EDUCATION. Ct. App. Mich. Certiorari denied.

No. 01–469. HECKEL *v.* WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 01–472. FOXX *v.* DEPARTMENT OF THE NAVY ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–478. POSTLEWAITE *v.* MCGRAW-HILL, INC. C. A. 2d Cir. Certiorari denied.

No. 01–483. HOWARD *v.* NEW YORK TIMES CO. C. A. 2d Cir. Certiorari denied.

No. 01–484. GOONAN *v.* KANE ET AL. C. A. 2d Cir. Certiorari denied.

No. 01–486. HERITAGE BANK, FKA BRAZOS BANK NA *v.* REDCOM LABORATORIES, INC. C. A. 5th Cir. Certiorari denied.

No. 01–497. LAWS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–501. ASSENATO *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–503. WELLS ET AL. *v.* CITY AND COUNTY OF DENVER ET AL. C. A. 10th Cir. Certiorari denied.

No. 01–504. TROCHMANN *v.* MUSSELSHELL COUNTY, MONTANA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–509. HUMMEL *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 01–513. RATH *v.* MISSOURI. Ct. App. Mo., Southern Dist. Certiorari denied.